# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2523
_____

THOMAS A KRAWTZ,

Appellant,

v.

BANK OF AMERICA, N.A.,

Appellee.

_____

On appeal from the County Court for Escambia County.
Scott Ritchie, Judge.

May 14, 2024

PER CURIAM.

DISMISSED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas A Krawtz, pro se, Appellant.

Carlos Cruanes of the Law Offices of Andreu, Palma, Lavin & Solis, PLLC, Miami, for Appellee.